FILED'08 NOV 10 16:21USDC-ORM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DEBRA A. LEITNER, | ) | |
| | ) | |
| Plaintiff, | ) | CV-07-1500-CL |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| | ) | |
| Defendant | ) | |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

Dated this 10th day of November, 2008.

/s/ Mark D. Clarke
Mark D. Clarke
United States Magistrate Judge

1 - JUDGMENT